IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARILYN FORD-EVANS,  Plaintiff(s) | |
| v. | CIVIL ACTION NO. H-04-3344 |
| DANIEL SMITH & UNITED SPACE ALLIANCE LLC,  Defendant(s) | |

## FINAL JUDGMENT

Pursuant to the Memorandum of this date, the Court **ORDERS** that Defendants Daniel Smith and United Space Alliance LLC's motions for summary judgment (Docs. 30 & 31) are **GRANTED**. Final judgment in favor of Daniel Smith and United Space Alliance LLC and against Marilyn Ford-Evans is hereby entered.

**SIGNED** at Houston, Texas, this 13th day of January, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE